1
2
3                                                                    **JS-6**
4
5
6
7
8
9
10              UNITED STATES DISTRICT COURT
11              CENTRAL DISTRICT OF CALIFORNIA
12

| | |
|---|---|
| 13  KEANA FISHER, Individually and on Behalf of All Others Similarly Situated, | Case No. 5:16-cv-02479-ODW-KK |
| 14  Plaintiffs, | HON. OTIS D, WRIGHT, II |
| 15  vs. | **ORDER REMANDING CASE TO STATE COURT** |
| 16  ENTERPRISE RENT-A-CAR COMPANY OF LOS ANGELES, LLC, | |
| 17 | |
| 18  Defendant. | |
| 19 | |

20
21
22
23
24
25
26
27
28

1065415.01/LA

1   Having reviewed the parties' Stipulation to Remand Case to State Court, the
2   Court hereby orders as follows:

3   1. That this case is hereby **REMANDED** to the Superior Court for the State
4   of California, County of San Mateo.

5   2. Defendant's Motion for Judgment on the Pleadings (ECF No. 27) is
6   **DISMISSED AS MOOT**, vacated, and taken off calendar.

7   3. Plaintiff's Motion for Remand (ECF No. 29) is **DISMISSED AS MOOT**,
8   vacated, and taken off calendar.

9   4. No sanctions or attorneys' fees related to the removal of this case or the
10  remand of this case or the proceedings in this Court are awarded to any party.  Each
11  party shall bear its own costs.

16  **IT IS SO ORDERED.**

18  January 9, 2017                                    _____
19                                                     Hon. Otis D. Wright, II
                                                       Judge, United States District Court

[PROPOSED] ORDER TO
REMAND CASE TO STATE COURT